THE PEOPLE OF THE STATE OF NEW YORK, Respondent,
*v.* MAURICE FELLERMAN, Appellant.
THE PEOPLE OF THE STATE OF NEW YORK, Respondent,
*v.* ABRAHAM KOSLOW, Appellant.

(Argued December 3, 1935; decided January 7, 1936.)

*Morris L. Ernst, Alexander Lindey, Benjamin Kaplan* and *Lee Hazen* for appellants.

*Samuel J. Foley, District Attorney (Sol. Boneparth* and *Herman J. Fliederblum* of counsel), for respondent.

In each case, judgment affirmed; no opinion.

Concur: CRANE, Ch. J., O'BRIEN, HUBBS and LOUGHRAN, JJ. Dissenting: LEHMAN, CROUCH and FINCH, JJ.